UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

DATE: _02/12/2025_    TIME: _11:58 am_ to _12:01 pm_

PRESENT:

THE HONORABLE:

☐ NANCY J. KOPPE, U.S. Magistrate Judge

☒ BRENDA WEKSLER, U.S. Magistrate Judge

☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge

☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge

☐ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge

☐ _____

COURTROOM ADMINISTRATOR:

☐ ARI C.

☐ JEFF M.

☐ ANGELA R.

☒ ELVIA G.

☐ TAWNEE R.

☐ CHANTAL T.

☐ _____

COURT RECORDER:

☒ NATASHA BACHMAN

☐ PHYLLIS ANDERSON

☐ _____

COURTROOM:

☐ 3A     ☐ 3C

☒ 3B     ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: _Dan Schiess_

A roll call of the Grand Jury is taken with _18_ members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.