SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd South, 11th Floor
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>             v.<br><br>BRENT C. KOVAR,<br><br>              Defendant. | Case No. 2:25-cr-00028-JAD-MDC<br><br>**Stipulation to Continue Filing Date for Joint Discovery Agreement or Government's Discovery Agreement** |

**This stipulation is timely filed.**

The United States, by and through, Daniel R. Schiess, Assistant United States Attorney, and defendant Brent C. Kovar, by and through his counsel, Brian Pugh, submit this stipulation to continue the filing date for a Joint Discovery Agreement or a Government's Discovery Agreement. Local Criminal Rule 16(b)(1)(a) and (b)(2)(A), respectively, require the parties to meet and confer about discovery and to either file a Joint Discovery Agreement or the government to file a Government's Discovery Agreement within seven days after arraignment. Kovar was arraigned on February 13, 2025.

1  The parties stipulate that the filing date of either agreement will be continued 14 days to
2  March 6, 2025, because counsel for the defendant is out of town, and the parties have not had an
3  opportunity to meet and confer.

SUE FAHAMI
Acting United States Attorney

/s/ Daniel R. Schiess
_____
DANIEL R. SCHIESS
Assistant United States Attorney


/s/ Brian Pugh
_____
BRIAN PUGH
Assistant Federal Public Defender
Counsel for Defendant Kovar

SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd South, 11th Floor
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT C. KOVAR,<br><br>Defendant. | Case No. 2:25-cr-0028-JAD-MDC<br><br>**Order Granting Stipulation to Continue Filing Date for a Joint Discovery Agreement or a Government's Discovery Agreement** |

The parties have submitted a stipulation to continue for 14 days the filing date for a Joint Discovery Agreement or a Government's Discovery Agreement as required by Local Criminal Rule 16(b)(1)(a) and (b)(2)(A), respectively.

/ / /

/ / /

/ / /

1  For good cause appearing, the date for the filing of the Joint Discovery Agreement or the
2  Government's Discovery Agreement is continued to March 6, 2025.
3  DATED this 20th day of February, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

4