**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

United States of America,

                    Plaintiff,

vs.

Brent C. Kovar,

                    Defendant.

**2:25-cr-00028-JAD-MDC**

**ORDER DENYING STIPULATION**

        IT IS ORDERED that the *Stipulation and Order for Protective Order* (ECF No. 17) is DENIED WITHOUT PREJUDICE. For various reasons, LR IA 6-2 requires the judicial signature block to appear on the same page as the last substantive matter.  The parties may submit an amended stipulation in compliance with LR IA 6-2.


        DATED this 10ᵗʰ day of March 2025.

        IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge