# EXHIBIT "A"

# EXHIBIT "A"

**From:** Heidi Shields
**Sent:** Thursday, April 24, 2025 9:29 AM
**To:** Rebecca Levy

**Subject:** PIE licensing info and LLC

EXTERNAL SENDER

Attached please find the documentation and licensing information regarding my company, Passive Income Everyday (PIE).  I am the sole owner.  Thank you for all of your efforts

1