UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BRENT C. KOVAR,<br><br>        Defendant. | Case No. 2:25-cr-00028-JAD-MDC-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the possible resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

3

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 23, 2025, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 6, 2025, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 13, 2025, to file any and all replies to dispositive motions.

DATED this 4th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE