UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America 2:25-cr-00028-JAD-MDC

vs. MINUTES OF THE COURT

Brent C. Kovar DATE: 08/20/2026

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Joshua Brister and James Gaeta

COUNSEL FOR DEFENDANT(S): Rebecca Levy and Sean McClelland

PROCEEDINGS: Jury Trial - Day 8

8:19 AM Court convenes. Defendant is present at liberty. All parties are present.

Outside the presence of the jury the defense raises the issue of Sigal Chattah's name appearing on the Government's documents. The Government responds.

The court and parties finalize jury instructions.

As stated on the record, IT IS ORDERED the defense's oral Rule 29 motion is DENIED.

IT IS FURTHER ORDERED the ECF No. [116] Motion to Dismiss is DENIED.

Defendant is sworn and canvassed. The defendant requests a brief recess to have a conversation with counsel.

8:55 AM Court stands at recess.

9:13 AM Court reconvenes outside the presence of the jury. The defendant advises the court that he will testify.

Jurors enter the courtroom.

**Aviran Vargas** previously sworn resumes the stand on direct examination by Mr. McClelland. Cross examination conducted by Mr. Brister. The witness is excused.

**Brent Kovar** is sworn and testifies on direct examination on behalf of defense by Ms. Levy.

The jury is excused for a morning break.

10:28 AM The court stands at recess.

10:41 AM Court reconvenes. The jury enters the courtroom.

**Brent Kovar** resumes the stand on direct examination. **Exhibit 510 is marked and admitted.** Cross examination is conducted by Mr. Brister.

The jury is admonished and excused for the day.

Outside the presence of the jury housekeeping matters are addressed.

12:35 PM Court adjourns. The defendant is continued on current terms of supervision.

**Jury Trial continued to Friday, August 21, 2026, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
Bye: _________/s/_______________
Summer Rivera, Deputy Clerk